

                                            40 Broad Street, 7th Floor
                                            New York, New York 10004
                                            Telephone: (212) 943-9080
                                            Facsimile:  (212) 943-9082

                                            **Nicole Marimon**
                                            Partner
                                            nmarimon@vandallp.com

May 15, 2020

<u>VIA ECF</u>

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

        Re:     **<u>Trustees of The New York City District Council of Carpenters
                    Pension Fund, et al. v. Abalene Decorating, Inc., et al., 20 CV 2559(PKC)</u>**

Dear Judge Castel:

       This firm represents the Plaintiffs in the above-referenced case.

       In light of the government regulations imposed on the state of New York regarding COVID-19, Plaintiffs write to respectfully request an adjournment of the initial conference currently scheduled for May 26, 2020 at 12:15 p.m. and an extension of the deadline to submit a joint status letter to the Court in anticipation of said conference.

       On March 25, 2020, Plaintiffs filed the Complaint in this matter.  *See* Dkt. 1.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs have until June 23, 2020 to timely serve Defendants with a copy of the Summons and Complaint.  On April 1, 2020, your Honor scheduled the above referenced initial conference for May 26, 2020.  *See* Dkt. 6.  Unfortunately, due to statewide office closures, including at the New York Department of State, in accordance with Governor Cuomo's New York State on Pause Executive Order, Plaintiffs have not been able to serve Defendants with a copy of the Summons and Complaint, and do not anticipate being able to serve Defendants until Governor Cuomo's Order has been lifted.

       In light of the above, we write to respectfully request an sixty day adjournment of the initial conference, and a corresponding extension of the deadline to submit the joint status letter to the Court, in order to allow for service of the Summons and Complaint and for Defendants to submit their responsive pleadings.

       We thank the Court for its time and attention to this matter.



                Respectfully yours,

                _____/s/_____
                Nicole Marimon, Esq.

Application granted. Conference is adjourned from May 26, 2020 to July 14, 2020 at 12 p.m.

No later than seventy-two hours before the conference, plaintiff(s)' counsel shall:

(a)    docket a letter on ECF to the Court with copy to all opposing counsel containing the call-in information and email the letter to castelnysdchambers@nysd.uscourts.gov ; and

(b)    for an initial pretrial conference, email a copy of the agreed upon (or disputed) Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov .

      SO ORDERED.

Dated:  New York, New York
        May 15, 2020

_____
P. Kevin Castel
United States District Judge