

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile:  (212) 943-9082

**Nicole Marimon**
Partner
nmarimon@vandallp.com

July 9, 2020

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

> Initial conference is adjourned from July 14, 2020 to October 16, 2020 at 10:30 a.m.
> SO ORDERED.
> Dated:  7/10/2020
>
> _/s/ P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

Re:     **Trustees of The New York City District Council of Carpenters Pension Fund, et al. v. Abalene Decorating, Inc., et al., 20 CV 2559(PKC)**

Dear Judge Castel:

    This firm represents the Plaintiffs in the above-referenced case.  We write in connection with the Court's May 15, 2020 Order scheduling an initial conference in this matter for July 14, 2020.

    Plaintiffs commenced this action on March 25, 2020.  *See* Dkt. 1.  Defendants Abalene Decorating, Inc. and City View Blinds of N.Y., Inc. were served with the summons and complaint on June 5, 2020, as reflected by the affidavits of service on file with the Court.  To date, Defendants have failed to appear or otherwise move with respect to this matter.  Plaintiffs anticipate moving for default judgment.  Accordingly, Plaintiffs respectfully request that the Court adjourn the upcoming initial conference, and corresponding deadline to submit a joint letter to the Court, *sine die*.

    We thank the Court for its time and attention to this matter.

                    Respectfully yours,

                    _____/s/_____
                    Nicole Marimon, Esq.

cc: Abalene Decorating, Inc. (via first class mail)
    City View Blinds of N.Y., Inc. (via first class mail)