UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br>Plaintiffs,<br><br>-against-<br><br>ABALENE DECORATING, INC. and CITY VIEW BLINDS OF N.Y., INC.,<br><br>Defendants. | 20 CV 2559 (PKC)<br><br>**DEFAULT JUDGMENT** |

The Complaint in this action having been duly served on the above-named Defendants ABALENE DECORATING, INC., and CITY VIEW BLINDS OF N.Y., INC., and said Defendants having failed to file an Answer to said Complaint, and said default having been duly noted and upon the annexed Declaration of Marlie Blaise, Esq., Declaration of William Davidian, and Declaration of Tony Sgroi,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs, have judgment against ABALENE DECORATING, INC. and CITY VIEW BLINDS OF N.Y., INC., the Defendants, with their principal place of business at 315 West 39th Street, Room 502, New York, NY 10018, $91,119.36, as follows:

1. Declaring that Defendant City View Blinds of N.Y., Inc. ("City View") is the alter ego/single employer of Defendant Abalene Decorating, Inc., rendering Defendants jointly and severally liable under this Order;

2. Awarding Plaintiffs a judgement of $92,589.86 against Defendants, who are jointly and severally liable to Plaintiffs for said amount;

3. Ordering Defendant City View to submit its books and records to Plaintiffs within 30 days of the entry of this order for the purposes of determining the amount of its delinquent benefit contributions for the period December 22, 2013 to the present;

4. Allowing Plaintiffs 30 days from the completion of the audit to submit further evidence to the Court regarding damages identified as a result of the audit of City View covering December 22, 2013 to the present;

5. Awarding Plaintiffs post-judgment interest at the statutory rate.

10-6-20

_____
P. Kevin Castel
United States District Judge

This document was entered on the docket on

_____.