UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Trustees of The New York City District Council of
Carpenters Pension Fund, Welfare Fund, et al.,            20 Civ. 2559 (PKC)

                Plaintiff,

       -against-                                    ORDER

Abalene Decorating, Inc., et al.,

               Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

       Conference is scheduled for January 17, 2023 at 11:30 a.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

       SO ORDERED.

                                                        P. Kevin Castel
                                                         United States District Judge

Dated:  New York, New York
            January 10, 2023