

Conference scheduled for October 3, 2023 is adjourned to October 19, 2023 at 2:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated:  9/28/2023

*P. Kevin Castel*
United States District Judge

September 28, 2023

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

        Re:    *Trustees of The New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, et al. v. Abalene Decorating, Inc., et al.,* Case No. 20-cv-02559 (PKC)

Dear Judge Castel:

      As counsel for Defendant City View Blinds of N.Y., Inc., we write pursuant to Rule 1(C) of Your Honor's Individual Practices respectfully to request an adjournment of the Case Management Conference currently scheduled for October 3, 2023 to October 17, 2023 or a date thereafter convenient to the Court. There has been no previous request to adjourn this Case Management Conference and Plaintiffs' counsel consents to this request.

      We request this brief adjournment because of the interceding Jewish holidays, including Sukkot, Shemini Atzeret, and Simchat Torah, which collectively begin September 29 and end October 8.

      We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    Andrew L. Kincaid

cc:    All counsel of record (via ECF)

THE OVED BUILDING | 401 GREENWICH STREET | NEW YORK NY 10013 | 212 226 2700 | OVED.COM