

Conference is adjourned from October 19, 2023 to November 16, 2023 at 10:30 a.m. in Courtroom 11D.
SO ORDERED.
Dated: 10/16/2023

P. Kevin Castel
United States District Judge

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick**
Associate
mmoosnick@vandallp.com

October 16, 2023

**VIA ELECTRONIC CASE FILING**

Hon. P. Kevin Castel, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: ***Trustees of The New York City District Council of Carpenters Pension Fund, et al. v. Abalene Decorating, Inc., et al.*, 20 CV 2559 (PKC)**

Dear Judge Castel:

  This firm represents Plaintiffs in the above-referenced action. We write, with the consent of counsel for Defendant City View Blinds of N.Y., Inc., to request an adjournment of the conference scheduled for October 19, 2023 at 2:00 pm (ECF Doc. No. 109). This is the parties' second request for an adjournment of the case management conference. The first request was granted. *Id*.

  The undersigned has had a personal matter arise and will be unable to prepare for and attend this conference. As the person at this firm with full knowledge of the facts of this case, the parties deem it prudent to wait until I am able to attend. Accordingly, the parties respectfully request a short adjournment of the case management conference to later this month or early November 2023.

  We thank the Court for its time and attention to this matter.

           Very truly yours,

           */s/Maura Moosnick*
           Maura Moosnick, Esq.

Cc: All counsel of record (via ECF)