

# VIRGINIA & AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick**
Associate
mmoosnick@vandallp.com

December 5, 2023

**VIA ELECTRONIC CASE FILING**

Hon. P. Kevin Castel, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***Trustees of The New York City District Council of Carpenters Pension Fund, et al. v. Abalene Decorating, Inc., et al.*, 20 CV 2559 (PKC)**

Dear Judge Castel:

This firm represents Plaintiffs in the above-referenced action. Pursuant to Section 1(C) of Your Honor's Individual Practices in Civil Cases, we write, with the consent of counsel for Defendant City View Blinds of N.Y., Inc. ("City View"), to request a thirty-day extension of the briefing schedule in this matter and a corresponding adjournment of the evidentiary hearing scheduled for December 20, 2023 at 11:00am. This is the parties' first request for an adjournment of this briefing schedule and hearing.

The parties request this brief adjournment because they have reached a settlement agreement in principal, pending formal approval by the Plaintiff Trustees. A thirty-day adjournment will allow the parties time to finalize the agreement in writing and avoid unnecessarily burdening the parties and the Court with briefing that is likely to be rendered moot. The parties propose the following amended schedule:

|  | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs' Brief and Direct Affidavit Testimony Due | ~~December 6, 2023~~ | January 5, 2023 |
| City View's Brief and Direct Affidavit Testimony Due | ~~December 13, 2023~~ | January 12, 2023 |
| Evidentiary Hearing before the Court | ~~December 20, 2023 at 11:00am~~ | to be scheduled as the Court's availability allows |

*Revised Schedule approved
SO ORDERED
[signature]
USDJ
12-6-23*

Hon. P. Kevin Castel, U.S.D.J.
United States District Court, S.D.N.Y
December 5, 2023

We thank the Court for its time and attention to this matter.

Sincerely,

*/s/Maura Moosnick*
Maura Moosnick, Esq.

Cc: All counsel of record (via ECF)